IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TARVIO WALKER                                                                                          PLAINTIFF

v.                                                                                                  No. 4:06CV192-P-A

MDOC                                                                                                    DEFENDANT

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On November 17, 2006, the court entered an order requiring the plaintiff to complete and return the papers necessary to process his request to proceed *in forma pauperis*. The order cautioned the plaintiff that failure to comply would lead to the dismissal of this case. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on January 6, 2007. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

SO ORDERED, this the 1st day of February, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE